JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| M. WESTLAND, LLC, a Delaware limited liability company; DOROTHY SUBLETT-MILLER and WALTER J. MILLER, Successor Trustees of the Miller Family Trust, originally dated October 12, 1979, Amended and Restated February 05, 2004, for the Estate of Willis L. Miller, deceased, as to an undivided ½ interest; DOROTHY SUBLETT-MILLER and WALTER J. MILLER, Successor Trustees of the Miller Family Trust, originally dated October 12, 1979, Amended and Restated February 05, 2004, for the Estate of Dorothy M. Miller, deceased, as to an undivided ½ interest; and LAND PARTNERS, LLC, a California limited liability company formerly known as LAND PARTNERS CO., LTD,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, a public entity; LAURIE BERMAN, in her official capacity as Director, California Department of Transportation; and ORANGE COUNTY TRANSPORTATION AUTHORITY, a public entity,<br><br>　　　　　Defendants. | Case No.: 8:19-cv-01661-JVS-KES<br><br>Assigned For All Purposes To:<br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed: August 29, 2019<br>Trial Date: November 2, 2020 |

## JUDGMENT OF DISMISSAL

WHEREAS on October 24, 2019, the State of California, Department of Transportation and Toks Omishakin (collectively, "Caltrans") filed a Motion to Dismiss to Plaintiffs M. Westland LLC, Dorothy Sublett-Miller, Walter J. Miller and Land Partners LLC's ("Plaintiffs") Complaint pursuant to Fed R. Civ. P. 12(b)(1), on the ground of lack of subject matter jurisdiction; and,

WHEREAS on October 25, 2019, the Orange County Transportation Authority ("OCTA") filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Fed R. Civ. P. 12(b)(1) and 12(b)(6); and,

WHEREAS on November 19, 2019, Plaintiffs filed a Motion for Preliminary Injunction.

WHEREAS on February 10, 2020 the Court held a hearing on the aforementioned motions. Plaintiffs were represented by Benjamin Pugh, Esq. and Adam Kent, Esq. Caltrans was represented by Glenn B. Mueller, Esq. and Vanessa C. Morrison, Esq. The OCTA was represented by Gary C. Weisberg, Esq. and Ricia R. Hager, Esq.

WHEREAS on February 12, 2020, after consideration of the pleadings filed by all parties and oral argument presented at the hearing, the Court issued an order granting the Motions to Dismiss filed by Caltrans and the OCTA. Dkt. No. 72. The Court further denied Plaintiffs' Motion for a Preliminary Injunction as MOOT. The Court further ordered Caltrans and OCTA to share with Plaintiffs, within seven days, their decision as to whether they will be supplementing the Environmental Impact Statement, once they approve or reject NDC-044 and complete the NEPA Re-Validation form.

WHEREAS on April 14, 2020, Caltrans and the OCTA filed a Joint Notice of Decision re: NEPA Validation and included a true and correct copy of Re-validation #24. Dkt. Nos. 80-81.

///

WHEREAS Plaintiffs have made no effort to file an amended Complaint and several pre-trial deadlines have already passed, including the designation of expert witnesses and the discovery cutoff

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Plaintiffs' Action is dismissed pursuant to Fed. R. Civ. P. 41. Pursuant to Fed. R. Civ. P. 58(b)(1)(C), judgment on Plaintiffs' Complaint is hereby entered in favor of Defendants Caltrans and the OCTA on all causes of action. Plaintiffs shall take nothing by way of the Complaint.

Dated: September 18, 2020

_____
Hon. James V. Selna
United States District Judge
Central District of California